# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD RASHEED,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>    Respondent.<br>_____/ | 1:09-cv-00416-OWW-SMS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING WRIT FILED PURSUANT TO 28 U.S.C. § 1651(a)<br><br>[Doc. 3] |

    Petitioner is proceeding pro se with a writ pursuant to 28 U.S.C. § 1651(a).

    On March 12, 2009, the Magistrate Judge issued a Findings and Recommendation that the Writ be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On March 13, 2009, Petitioner filed an Amended Writ, and on March 30, 2009, Petitioner filed timely objections to the Findings and Recommendation.[1] (Court Docs. 4, 6.)

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

---

[1] The Amended Writ suffers the same defects as the original.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 12, 2009, is ADOPTED IN FULL;
2. The Writ filed pursuant to 28 U.S.C. § 1651(a) is DISMISSED; and,
3. The Clerk of the Court is DIRECTED to close this action. This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   April 20, 2009                        /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE