

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TAHEE ABD RASHEED,

    PETITIONER,

vs.

MATTHEW CATE,

    RESPONDENT.
_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:09-CV-416 OWW/SMS-HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____
_____

__X__ Denied for the following reason:

*No issue debatable among jurists of reason is presented.*

_____
_____

Dated: _____

_____
OLIVER W. WANGER
United States District Judge